IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-04052-02-CR-W-SOW |
| | ) | |
| SCOTT W. WINTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation Concerning Plea of Guilty (Doc. #53) from United States Magistrate Judge William A. Knox. Defendant Winter appeared before Magistrate Judge Knox on August 31, 2009, and entered a plea of guilty to Count 1 of the indictment filed on November 20, 2008. Accordingly, it is hereby

ORDERED that defendant Winter's plea of guilty is accepted and defendant Winter is adjudged guilty of Count 1 of the indictment. It is further

ORDERED that a presentence investigation report be prepared concerning defendant Scott W. Winter.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date:    9/1/2009